IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KESHA TERRY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Case No. 3:21-CV-01736-X-BT |
| | § | |
| MARTIN HOFFMAN, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS,**
**AND RECOMMENDATION OF THE**
**UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation that this case be dismissed based on the lone defendant's absolute immunity from suit for judicial actions taken in the scope of his jurisdiction [Doc. No. 9].   The Magistrate Judge also recommended that the Court impose sanctions in the amount of $150.00 and require pre-filing authorization before this Court accepts another pro se civil lawsuit from the plaintiff Terry.   Terry filed objections but did not identify the specific finding or recommendation to which objection was made, state the basis for the objection, or specify the place in the magistrate judge's report and recommendation where the disputed determination was found.   [Doc. No. 10]. In fact, Terry's objection did not in any way address the Magistrate Judge's conclusion that the defendant was entitled to judicial immunity, nor did it address the Magistrate Judge's recommendation for sanctions.   Nonetheless, the District Court reviewed the proposed findings, conclusions, and recommendation *de novo*.   Finding

1

no errors, the Court **ACCEPTS** and **ADOPTS IN FULL** the magistrate judge's findings, conclusions, and recommendations.   Terry's complaint is **DISMISSED**, and sanctions are imposed against Terry in the amount of $150.00.   Additionally, Terry must receive pre-filing authorization before this Court accepts another *pro se* lawsuit from Terry.

      **IT IS SO ORDERED** this 24rd day of March, 2022.

 

 

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2